No. 86–5106. OSLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–5107. WILLIAMS v. ROSE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–5110. RICHMOND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–5111. LINNE v. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 86–5112. FRY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 86–5113. CHERRY v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 86–5115. DOFFIN ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 86–5116. JAMES v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 86–5117. LANGLEY v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 86–5119. GLASGOW v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 86–5122. WEST, AKA HELLERMAN v. SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 86–5123. CARSON v. MARTIN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 86–5125. ROBINSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 86–5126. SHRADER ET AL. v. NEVADA ET AL. Sup. Ct. Nev. Certiorari denied.

No. 86–5129. LYUBARSKY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.